Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

RECD '05 MAY 25 10:42USDC-ORP

FILED '05 MAY 26 11:47USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ROBAIRE A. BOZEMAN,**

Plaintiff,

vs.

**JO ANNE B. BARNHART,**
Commissioner of Social Security
Administration,

Defendant.

Civil No. 04-6093-KI

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $ 5172.12 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

IT IS SO ORDERED this day of _May 25_, 2005

_____
U.S. District Judge

PRESENTED BY:

By_____
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff

1 - ORDER